No. 178, Misc. COLEMAN v. RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 187, Misc. RANDOLPH v. INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 188, Misc. WEITZ v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 189, Misc. MEEKS v. LAINSON, WARDEN. Supreme Court of Iowa. Certiorari denied.

No. 192, Misc. BUTLER v. McLEOD, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 193, Misc. ILLINOIS EX REL. MAYES v. RANDOLPH, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 194, Misc. UNITED STATES EX REL. LAWSON v. SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 195, Misc. McNEAL v. ILLINOIS. Circuit Court of Will County, Illinois. Certiorari denied.

No. 198, Misc. EL v. NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 199, Misc. WALTON v. EIDSON, WARDEN, ET AL. Supreme Court of Missouri. Certiorari denied.